NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RICHARD A. MCGEE,**
*Petitioner,*

**v.**

**DEPARTMENT OF THE AIR FORCE,**
*Respondent.*

---

2009-3263

---

Appeal from the Merit Systems Protection Board in No. CH0752080403-I-1.

---

**JUDGMENT**

---

LAWRENCE J. FLEMING, Herzog Crebs, of St. Louis, Missouri, argued for petitioner.

RENEE GERBER, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent.  With her on the brief were TONY WEST, Assistant Attorney General, JEANNE E. DAVIDSON, Director, and DONALD E. KINNER, Assistant Director.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge,* PROST and MOORE, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| October 12, 2011 | /s/ Jan Horbaly |
| :---: | :---: |
| Date | Jan Horbaly |
| | Clerk |